FILED
September 02, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JM_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** | § § § |
| **Plaintiff,** | § § |
| v. | § §  EP-21-CV-0181-CM |
| **INFUSION CAPITAL GROUP, LLC,** a New York Limited Liability Company, **DREW MATTHEW HAGERMAN**, and **MICHAEL BRINCAT** | § § § § § |
| **Defendants.** | § § |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

The Plaintiff and Defendants have resolved their case. Plaintiff hereby requests the Court dismiss the case against Infusion Capital Group, LLC, Matthew Hagerman and Michael Brincat with prejudice.

September 2, 2021,            Respectfully Submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § § **INFUSION CAPITAL GROUP, LLC,** a New § York Limited Liability Company, **DREW** § **MATTHEW HAGERMAN**, and **MICHAEL** § **BRINCAT** § § **Defendants.** § § | EP-21-CV-0181-CM |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

September 2, 2021,                                Respectfully submitted,

*Brandon Callier*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>    Plaintiff,<br><br>v.<br><br>**INFUSION CAPITAL GROUP, LLC,** a New York Limited Liability Company, **DREW MATTHEW HAGERMAN**, and **MICHAEL BRINCAT**<br><br>    Defendants. | EP-21-CV-0181-CM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**