UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, <br><br> *Plaintiff,* <br><br> v. <br><br> INFUSION CAPITAL GROUP, LLC, *a New York Limited Liability Company*, DREW MATTHEW HAGERMAN, and MICHAEL BRINCAT, <br><br> *Defendants.* | §§§§§§§§§§§§§§ | EP-21-CV-00181-DCG |

## ORDER DISMISSING CASE

Presently before the Court is Plaintiff Brandon Callier's "Motion to Dismiss with Prejudice" (ECF. No. 3) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Brandon Callier in this action against Defendants Infusion Capital Group, LLC, Drew Matthew Hagerman, and Michael Brincat are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 3rd day of September 2021.

*David C. Guaderrama*
US District Judge